UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRICKLAYERS INSURANCE AND WELFARE
FUND, et al.,

                    Plaintiffs,

    -against-

TOPLINE CONSTRUCTION, INC., et ano,

                    Defendants.
-----------------------------------------------------------------X

DEFAULT JUDGMENT
03 CV 0487 (NGG)(MDG)

GARAUFIS, District Judge.

        On September 6, 2006 Magistrate Judge Marilyn D. Go issued a Report and Recommendation ("R&R") in the above-captioned action recommending that damages be awarded to Plaintiffs Bricklayers Insurance and Welfare Fund, Bricklayers Pension Fund, Bricklayers Supplemental Annuity Fund, Bricklayers and Trowel Trades International Pension fund, New York City and Long Island Joint Apprenticeship and Training Fund, and the International Masonry Institute (collectively, the "Funds"), and Bricklayers Local 1, International Union of Bricklayers and Allied Craft Workers, and Bricklayers Labor Management Relations Committee (collectively, the "Union") in the following manner. Total damages awarded to the Plaintiffs Funds against Topline are delineated as $9,325.80, including (a) $1,827.87 for unpaid contributions; (b) $2,688.48 for pre-judgment interest; (c) $4,476.68 for liquidated damages; and (d) $332.77 in costs. Also, Plaintiff Union is awarded judgment against Topline for $3,002.43, broken down as: (a) $2,220.19 for unpaid dues checkoff and contributions and (b) $782.24 for prejudgment interest.

No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the court is directed to enter judgment as set forth by Magistrate Judge Go as detailed above.

SO ORDERED.

Dated: October 13, 2006
Brooklyn, N.Y.

s/ Judge Nicholas G. Garaufis
Nicholas G. Garaufis
United States District Judge